UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK A. ALVAREZ, | No. C 07-4725 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| DR. WINN; SUTTER COAST HOSPITAL, | |
| Defendants. | |

This action is dismissed without prejudice to plaintiff filing a new action in state court.

IT IS SO ORDERED AND ADJUDGED.

Dated: March 5, 2008

_____
SUSAN ILLSTON
United States District Judge